# SEALED

**FILED**

APR 0 2 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF | Case No. 2:15 - MJ - 0072 EFB |
| Terry GRAHAM, | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and arrest warrant affidavit underlying the arrest warrant in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: 4-2-2015

_____
EDMUND F. BRENNAN
United States Magistrate Judge
Eastern District of California