

**FILED**

MAY 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Michael L. Chastaine SBN 121209
The CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
(916) 932-7150
Email: Mike@Chastainelaw.net

Attorney for Defendant
Terry Graham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15 CR 0071 MCE |
| Plaintiff, | ORDER FOR TEMPORARY RELEASE OF TERRY GRAHAM |
| vs. | |
| TERRY GRAHAM, | Judge: Hon. Dale A. Drozd |
| Defendant. | |

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED

1. That Mr. Terry Graham's be released from the Sacramento County Jail on a "temporary out" on May 22, 2015 from 9:00 a.m. to the temporary custody of Investigator Fred Scoville, investigator, who has agreed to act as a third party custodian;

2. That upon release, Mr. Graham shall remain with the third party custodian traveling from the jail to the Mt. Calvary Baptist Church, located at 1735 Enterprise Dr., Fairfield, California. Investigator Scoville will escort Mr. Graham to the Mt. Calvary Baptist and return him to the Sacramento County Jail.

3. That Mr. Graham shall return to the Sacramento County Jail by 5:00 p.m. on May 22, 2015.

DATED: May 20, 2015

_____
HON. DALE DROZD
United States Magistrate Judge