MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Terry Graham


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15 CR 071 MCE |
| Plaintiff, | ) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERNCE |
| v. | ) |
| TERRY GRAHAM, | ) |
| Defendant. | ) |


It is hereby stipulated between the parties, Jason Hitt, Assistant United States

Attorney, and Michael Chastaine, attorney for Terry Graham, that the status conference

date of Thursday June 4, 2015 should be continued until Thursday July 30, 2015.  The

continuance is necessary as the Government has provided the defense six (6) CD's

containing in excess of 2800 pages of discovery.  The defense needs time to review said

discovery, and discuss it with Mr. Graham in order to prepare his case.    As a result of

the review of the discovery,   additional investigation may be necessary and Counsel will

need time to determine the best course of action to proceed and present a defense for Mr.

Graham.

In addition, counsel for Mr. Graham will be in a Federal trial before Judge Nunley from June 22, 2015 to approximately mid-July, 2015.

The Government does not object to the requested continuance.

IT IS STIPULATED that the period of time from the Thursday June 4, 2015 up to and including July 30, 2015 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: May 27, 2015                    By: _____/s/ Michael Chastaine
                                       MICHAEL CHASTAINE
                                       Attorney for Terry Graham


Dated: May 27, 2015                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/ Jason Hitt____
                                       JASON HITT
                                       Assistant U.S. Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14

ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, June 4, 2015 at 9:00 a.m. be continued to Thursday, July 30, 2015 at 9:00 a.m. and that the period from June 4, 2015 to July 30, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  June 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

15
16
17
18
19
20
21
22
23
24
25
26
27
28