**Michael L. Chastaine** SBN 121209
The CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
(916) 932-7150
Email: Mike@Chastainelaw.net

Attorney for Defendant
Terry Graham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:15 CR 0071 MCE |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR TEMPORARY RELEASE |
| v. | JUDGE: Hon. Carolyn Delaney |
| TERRY GRAHAM, | |
| Defendant. | |

  It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney and defendant TERRY GRAHAM by and through his counsel, Michael Chastaine, that the Court issue an order granting Mr. Graham's temporary release from the Sacramento County Jail on Friday, December 18, 2015, from 9:00 a.m. to 4:00 p.m. to attend the funeral of his aunt, Betty Coleman.

  The funeral is going to be held at Tabernacle of David, located at 110 Lincoln Road East, Vallejo, CA 94591 at 11 am on December 18, 2015.

  Ms. Coleman is Mr. Graham aunt (the sister of Mr. Graham's mother).  Mr. Graham's family is very close. Ms. Cole recently passed away as a result of a heart attack.  Mr. Graham was very close to Ms. Coleman and her death represents a significant loss to Mr. Graham.

*U.S. v. Graham*
Stipulation and Order

-1-

1     Mr. Graham is currently in custody at the Sacramento County Jail. He was detained on an indictment alleging violations of 18 U.S.C.§ 841(a)(1). His matter is scheduled for a sentencing on January 7, 2015 before the Honorable Morrison C. England.

The parties stipulate and agree that Mr. Graham be temporarily released from the Sacramento County Jail to the custody of Investigator Fred Scoville on December 18, 2015 from 9:00 a.m. until 5:00 p.m. Mr. Graham's activity will be limited to traveling from the jail to the Tabernacle of David, located at 110 Lincoln Road East, Vallejo, CA 94591 on December 18, 2015 and returning to the jail by 5:00 p.m. Investigator Scoville will escort Mr. Graham to the church and return him to the Sacramento County Jail. Mr. Graham will remain in the custody of the Mr. Scoville during the entire time of his temporary release.

DATED: December 4, 2015              Respectfully submitted,

                                     The CHASTAINE LAW OFFICE

                                     */s/ Michael Chastaine*
                                     MICHAEL CHASTAINE
                                     Attorney for Defendant
                                     TERRY GRAHAM


DATED: December 4, 2015              BENJAMIN B. WAGNER
                                     United States Attorney

                                     */s/ Jason Hitt*
                                     JASON HITT
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

**Michael L. Chastaine** SBN 121209
The CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
(916) 932-7150
Email: Mike@Chastainelaw.net

Attorney for Defendant
Terry Graham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15 CR 0071 MCE |
|---|---|---|
| Plaintiff, | ) ) | ORDER FOR TEMPORARY RELEASE OF TERRY GRAHAM |
| vs. | ) ) | |
| TERRY GRAHAM, | ) | Judge: Carolyn Delaney |
| Defendant. | ) ) ) | |

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED

1. That Mr. Terry Graham's be released from the Sacramento County Jail on a "temporary out" on December 18, 2015 at 9:00 a.m. to the temporary custody of Investigator Fred Scoville, investigator, who has agreed to act as a third party custodian;

2. That upon release, Mr. Graham shall remain with the third party custodian traveling from the jail to the Tabernacle of David, located at 110 Lincoln Road East, Vallejo, CA 94591. Investigator Scoville will escort Mr. Graham to the Tabernacle of David, and return him to the Sacramento County Jail.

3. That Mr. Graham shall return to the Sacramento County Jail by 5:00 p.m. on December 18, 2015.

Dated: December 7, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE